In the Matter of the Application of BERTRAM BODENHEIMER, Appellant, for an Order Vacating a Subpœna Issued to Him by DAVID HIRSHFIELD, as Commissioner of Accounts of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of JOHN SCOTT BROWNING and Others, Appellants, for a Peremptory Order of Mandamus against JAMES A. DONEGAN, Clerk of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LAZARUS FRIED & SONS, INC., Appellant, v. EMERY & MARSHALL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SARAH DOROTHY THOMSEN, Respondent, v. MARY CHARLOTTE MORRISON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRIETT P. CAROLAN, Respondent, v. CHARLES E. V. LENZ and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY FEINGOLD, Appellant, v. WALWORTH BROS., INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SOPHIE SHEAR, Appellant, v. LOUIS M. SHEAR, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of EDWARD Y. FOLEY, Respondent, v. ABRAHAM LUBAN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GUSTAVE NEUMOND and Another, as Surviving Administrators, etc., of KARL NEUMOND, Deceased, Respondents, v. FARMERS FEED COMPANY OF NEW YORK, Appellant.— Order modified by granting said motion as to items (a), (d) and (h) in plaintiffs' notice to take deposition before trial of defendant, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

KINGS COUNTY LIGHTING COMPANY, Respondent, v. CHARLES D. NEWTON, as Attorney-General of the State of New York, and Another, Impleaded with THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.